Opinion filed July 25, 2019



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00208-CR

_____

## RABIA QUTAB, Appellant

## V.

## THE STATE OF TEXAS, Appellee

On Appeal from the 35th District Court

Brown County, Texas

Trial Court Cause No. CR24975

## M E M O R A N D U M   O P I N I O N

Appellant, Rabia Qutab, has filed a motion to dismiss this appeal. In the motion, Appellant asks that the notice of appeal be withdrawn and that this appeal be dismissed. The motion to dismiss is signed by both Appellant and Appellant's counsel in compliance with TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.

PER CURIAM

July 25, 2019

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.